```
1  MICHAEL E. MOSS  63408
   HENRY Y. CHIU  222927
2  MOSS, TUCKER, CHIU, HEBESHA & WARD PC
   5260 North Palm Avenue, Suite 205
3  Fresno, California  93704
   Telephone: (559) 472-9922
4  Facsimile:  (559) 472-9892

5  Attorneys for Plaintiffs

6

7  GREGORY L. MYERS  95743
   LAW OFFICES OF GREGORY L. MYERS
8  1500 West Shaw Avenue, Suite 204
   Fresno, California 93711
9  Telephone: (559) 222-1005
   Facsimile:  (559) 222-0702
10
   Attorneys for Defendants
11 FRESNO'S BEST INDUSTRIAL ELECTRIC, INC.,
   AARON A. LANE, and AMERICAN CONTRACTORS
12 INDEMNITY COMPANY
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO'S BEST INDUSTRIAL ELECTRIC, INC.; AARON A. LANE; WILLIAM JAMES MARVIN FORBES; DEBRA MICHELLE FORBES; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50, <br><br> Defendants. | Case No. 1:13-CV-01545-AWI-SKO <br><br> **STIPULATION AND ORDER RE. DEADLINE TO RESPOND TO COMPLAINT** |

Plaintiffs Boards of Trustees of IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, National Electrical Benefit Fund and IBEW District No. 9 Pension Plan Trust Fund (collectively, "Plaintiffs") and defendants Fresno's Best Industrial Electric Inc., Aaron A. Lane and American Contractors Indemnity Company (collectively, "Stipulating Defendants") hereby stipulate, and request an order, as to the following:

## STIPULATION

1. Plaintiffs filed the Complaint in the present action on September 24, 2013.

2. Subsequent to the filing of the Complaint, the respective counsels for Plaintiffs and Stipulating Defendants met and conferred regarding the First Claim for Relief (Breach of Contract / Failure to Submit to Audit) alleged in the Complaint.

3. Subsequent to those discussions, Fresno's Best produced certain records and information sought by Plaintiffs in order for them to conduct the requested audit.

4. Plaintiffs have conducted a preliminary audit based upon those, and other, records and information. While only preliminary, Plaintiffs contend that the audit reveals certain unpaid fringe benefit contributions owed by Defendants.

5. There remains a dispute as to whether any fringe benefit contributions are owed by the Defendants. As such, Plaintiffs and Stipulating Defendants have agreed that Stipulating Defendants shall have until Friday, January 31, 2014, to file and serve responsive pleadings to the Complaint.

Dated: January 16, 2014.    MOSS, TUCKER, CHIU HEBESHA & WARD PC

By: */s/ Henry Y. Chiu*
HENRY Y. CHIU
Attorney for Plaintiffs

Dated: January 16, 2014.    LAW OFFICES OF GREGORY L. MYERS

By: */s/ Gregory L. Myers*
GREGORY L. MYERS
Attorney for Stipulating Defendants

## ORDER

For all of the reasons recited in the above stipulation between Plaintiffs and Stipulating Defendants Fresno's Best Industrial Electric Inc., Aaron A. Lane and American Contractors Indemnity Company, the Court hereby orders that the Stipulating Defendants file and serve their responsive pleadings on or before Friday, January 31, 2014.

IT IS SO ORDERED.

Dated: **January 17, 2014**          **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE